# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID ALLEN SPRINGER,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-1031-Orl-KRS**

**TROPICAL PLUMBING AND SEPTIC, INC., and LYNDON DENESLBECK,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S UNOPPOSED MOTION TO LIFT THE STAY ON DISCOVERY (Doc. No. 24)**
>
> **FILED:** January 6, 2006
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Discovery shall proceed according to the Case Management and Scheduling Order.

**DONE** and **ORDERED** in Orlando, Florida on January 6, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties