# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID ALLEN SPRINGER,**

        **Plaintiff,**

**-vs-**                                        **Case No.  6:05-cv-1031-Orl-KRS**

**TROPICAL PLUMBING AND SEPTIC,
INC., and LYNDON DENESLBECK,**

        **Defendants.**

_____

## ORDER TO STRIKE

On January 27, 2006, counsel for the Defendants filed a document entitled "Notice of Compliance with Initial Disclosure Requirements." Doc. No. 28. This document fails to comply with the Middle District of Florida Local Rules. *See* M.D. Fla. L.R. 3.03(e). Accordingly, this Notice (doc. no. 28) is stricken from the record. The Clerk is hereby directed to delete this document from the file.  Additionally, any responses required to be filed because of the deleted document will not be required and will also be stricken and deleted.

**DONE** and **ORDERED** in Orlando, Florida on January 31, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties